**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JOE YOUNG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-00392 |
| | § | |
| CANDACE MOORE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the May 21, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 42, and Plaintiff's July 6, 2018, objection to the M&R, Dkt. No. 51.

The Court reviews objected-to portions of the Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objection is frivolous, conclusory, general, or contains no arguments that the M&R has not already considered. *See* Dkt. Nos. 42, 51; *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections).

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 42, and **OVERRULES** Plaintiff's objection, Dkt. No. 51. The Court hereby:

- **GRANTS** Defendants Candace Moore, Corey Furr, and Janet Salles's motion to dismiss, Dkt. No. 30;
- **DISMISSES** Defendant Jennifer Smith from this action; and
- **DISMISSES WITH PREJUDICE** Plaintiff's retaliation claim.

On March 1, 2018, the Court dismissed Plaintiff's other claims, Dkt. No. 34, and no claims remain. The Court will direct entry of final judgment separately.

SIGNED this 16th day of July, 2018.

Hilda Tagle
Senior United States District Judge